**Tonia L. Moro**
**Attorney at Law PC**
**106 Talent Ave., Ste. 6**
**Talent, OR 97540**
**(541) 973-2063 Telephone**
**Tonia@ToniaMoro.com**
**Attorney for Defendant**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**MEDFORD DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**OSCAR AMADOR ORTEGA,**

**Defendant.**

**26-CR-00003-MC**

**MOTION TO EXTEND STATUS CONFERENCE AND TRIAL DATES**

---

Defendant Oscar Amador Ortega, through counsel, respectfully moves for an order continuing the status conference hearing scheduled for November 2, 2026, as to Oscar Amador Ortega and Samuel Amador Ortega, and the trial dates, including the current trial date of November 17, 2026. A 60 day continuance is requested or to the next available, thereafter.

Additional time is necessary to afford defense counsel sufficient time to investigate the facts of this case, to negotiate with the government, and to prepare for pretrial motions and jury trial, if necessary. This motion is made in the interest of justice and not for purposes of delay. The ends of justice are served by granting this continuance and the time period of the continuance is excluded under the Speedy Trial Act. *See, United States v. Morrison,* 449 U.S. 361, 364, 365-66 (1981).

Counsel for Samuel Amador Ortega joins this motion. Counsel for the government does not oppose this motion. Co-defendant Samuel Rodrigo Melo Santos has pleaded guilty and his sentencing hearing is scheduled for December 9, 2026. Co-defendant Aldo does not have counsel and, as understood, will be present at the status conference to address that issue. All of the co-defendants remain in custody.

This motion is based upon the following facts and circumstances for which undersigned counsel makes the following declaration:

1. The defendants were indicted on January 8, 2026 for firearms offenses, including alien in possession of a firearm and false statements..

2. The government has produced more than 6300 items of discovery, including the last two volumes received on October 13 and October 21. Defendants seek a continuance in order to afford defense counsel sufficient time to complete their investigation the facts of this case, to negotiate with the government, and to prepare for pretrial motions and jury trial, if necessary.

3. Undersigned counsel spoke with counsel for Samuel Amador Ortega and learned that Samuel Amador Ortega joins this motion. Undersigned counsel contacted the Federal Defender's office and learned that Aldo Melo Amador has declined the appointment of substitute counsel. Subsequently, the court re-scheduled the status conference to November 9, 2026, and directed that Mr. Melo Amador appear. Defendant Samuel Rodrigo Melo Santos has pleaded guilty and is awaiting sentencing. The government's counsel has indicated that it has no objection to this motion.

I, Tonia Moro, declare under penalty of perjury under the laws of the United States that

foregoing statements made in paragraphs numbered 1-3 are true to the best of my knowledge and belief.

Respectfully submitted this 4th day of November 2026.

s/Tonia L. Moro
Tonia L. Moro